UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY VINCE, Derivatively on Behalf of Nominal Defendant BIOVENTUS INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH M. REALI, MARK L. SINGLETON, GREGORY O. ANGLUM, SUSAN M. STALNECKER, WILLIAM A. HAWKINS III, JOHN A. BARTHOLDSON, PATRICK J. BEYER, PHILLIP G. COWDY, MARY KAY LADONE, MICHELLE MCMURRY-HEATH, GUIDO J. NEELS, GUY P. NOHRA, DAVID J. PARKER, MARTIN P. SUTTER, and STAVROS G. VIZIRGIANAKIS, <br><br> Defendants, <br><br> and <br><br> BIOVENTUS INC., <br><br> Nominal Defendant. | Case No. 1:24-cv-00639-CCE-JEP |

**JOINT MOTION TO STAY DEADLINE TO RESPOND TO COMPLAINT**

Defendants Kenneth M. Reali, Mark L. Singleton, Gregory O. Anglum, Susan M. Stalnecker, William A. Hawkins III, John A. Bartholdson, Patrick J. Beyer, Phillip G. Cowdy, Mary Kay Ladone, Michelle McMurry-Heath, Guido J. Neels, Guy P. Nohra, David J. Parker, Martin P. Sutter, and Stavros G. Vizirgianakis ("Individual Defendants") and Nominal Defendant Bioventus, Inc. ("Bioventus" or the "Company") (collectively,

"Defendants"), and Plaintiff Jeffrey Vince ("Plaintiff"), by and through their undersigned counsel (collectively, the "Parties"), jointly, respectfully submit this Joint Motion to Stay Deadlines to Respond to the Complaint pending an outcome on Defendants' simultaneously-filed motion to transfer:

1. On July 31, 2024, Plaintiff filed this shareholder derivative action on behalf of Bioventus, asserting claims against Individual Defendants for alleged violations of Sections 14(a) and 21D of the Securities Exchange Act of 1934, breach of fiduciary duties, aiding and abetting, unjust enrichment, and corporate waste ("Complaint") (ECF No. 1). Defendants' deadline to respond to the Complaint is November 15, 2024.

2. Defendants have simultaneously filed a motion to transfer pursuant to 28 U.S.C. § 1404(a), seeking an order transferring venue of this action to the United States District Court for the District of Delaware ("Motion to Transfer"). Plaintiff intends to oppose Defendants' Motion to Transfer.

3. Counsel for the Parties have conferred and agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this Action, Defendants should not respond to the Complaint until after the Court has ruled on Defendants' Motion to Transfer.

4. For the reasons stated herein, the Parties respectfully request that all proceedings and deadlines in the Action, including Defendants' obligation to answer or otherwise respond to the Complaint, shall be stayed pending the outcome of Defendants' Motion to Transfer. In the event that the Motion to Transfer is denied, the Parties request

an opportunity to meet and confer and submit a proposed schedule governing Defendants' obligation to answer or otherwise respond to the Complaint within 14 days.

Dated:  November 11, 2024

**LATHAM & WATKINS LLP**

*/s/ Kristin N. Murphy*

Kristin N. Murphy*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
kristin.murphy@lw.com

Colleen C. Smith *(Notice of Special Appearance forthcoming)*
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
colleen.smith@lw.com

Jordan Mundell*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Jordan.Mundell@lw.com

Melange Gavin*
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
melange.gavin@lw.com

* reflects attorneys appearing pursuant to LR 83.1(d)

*Attorneys for Defendants*

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Erica L. Stone*

Erica L. Stone (*specially appearing*)
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
estone@rosenlegal.com
philkim@rosenlegal.com

**HAUSLER LAW FIRM, PLLC**
Kurt F. Hausler
NC Bar No.: 22103
524 East Boulevard
Charlotte, NC 28203
Telephone: (704) 247-3255
khausler@hauslerlaw.com

*Counsel for Plaintiff*

3

*/s/ Donald H. Tucker*

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.**

Donald H. Tucker, Jr. (NCSB#: 12578)
P.O. Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6681
dtucker@smithlaw.com

*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 11, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Kristin N. Murphy*
Kristin N. Murphy

4