UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY VINCE, Derivatively on Behalf of Nominal Defendant BIOVENTUS INC., <br><br>                Plaintiff,<br><br>v.<br><br>KENNETH M. REALI, MARK L. SINGLETON, GREGORY O. ANGLUM, SUSAN M. STALNECKER, WILLIAM A. HAWKINS III, JOHN A. BARTHOLDSON, PATRICK J. BEYER, PHILLIP G. COWDY, MARY KAY LADONE, MICHELLE MCMURRY-HEATH, GUIDO J. NEELS, GUY P. NOHRA, DAVID J. PARKER, MARTIN P. SUTTER, and STAVROS G. VIZIRGIANAKIS,<br><br>                Defendants,<br><br>and<br><br>BIOVENTUS INC.,<br><br>                Nominal Defendant. | Case No. 1:24-cv-00639-CCE-JEP |

**DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)**

Defendants Kenneth M. Reali, Mark L. Singleton, Gregory O. Anglum, Susan M. Stalnecker, William A. Hawkins III, John A. Bartholdson, Patrick J. Beyer, Phillip G. Cowdy, Mary Kay Ladone, Michelle McMurry-Heath, Guido J. Neels, Guy P. Nohra, David J. Parker, Martin P. Sutter, Stavros G. Vizirgianakis; and Nominal Defendant Bioventus, Inc. ("Bioventus" or the "Company") (collectively, "Defendants") by and

through their undersigned counsel, respectfully submit this Motion to Transfer pursuant to 28 U.S.C. § 1404(a), seeking an order transferring venue of this action to the United States District Court for the District of Delaware.

As explained in Defendants' supporting memorandum, this action should be transferred to the District of Delaware, where two substantially similar and earlier-filed derivative lawsuits are currently pending. Specifically, the Court should exercise its discretion to transfer this action to the District of Delaware under 28 U.S.C. §1404(a) pursuant to (1) a forum selection clause contained in Bioventus's Certificate of Incorporation, which Plaintiff implicitly agreed to when purchasing Bioventus's stock, and (2) the practical considerations favoring transfer to the District of Delaware, including that it would avoid the extreme inefficiency of proceeding with multiple cases in different judicial districts that raise overlapping factual and legal issues.

Defendants rely on their Memorandum of Law in Support of Defendants' Motion to Transfer Under 28 U.S.C. § 1404(a) and the Declaration of Kristin N. Murphy.

Dated: November 11, 2024

/s/ Kristin N. Murphy

**LATHAM & WATKINS LLP**

Kristin N. Murphy*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
kristin.murphy@lw.com

Colleen C. Smith *(Notice of Special Appearance forthcoming)*

12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
colleen.smith@lw.com

Jordan Mundell*
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Jordan.Mundell@lw.com

Melange Gavin*
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
melange.gavin@lw.com

* reflects attorneys appearing pursuant to LR 83.1(d)

*Attorneys for Defendants*


/s/ Donald H. Tucker

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.**

Donald H. Tucker, Jr. (NCSB#: 12578)
P.O. Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6681
dtucker@smithlaw.com

*Local Counsel for Defendants*

3

## **CERTIFICATE OF SERVICE**

I certify that on November 11, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Kristin N. Murphy*
Kristin N. Murphy
