IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY VINCE, Derivatively on Behalf of Nominal Defendant BIOVENTUS INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH M. REALI, MARK L. SINGLETON, GREGORY O. ANGLUM, SUSAN M. STALNECKER, WILLIAM A. HAWKINS III, JOHN A. BARTHOLDSON, PATRICK J. BEYER, PHILLIP G. COWDY, MARY KAY LADONE, MICHELLE MCMURRY-HEATH, GUIDO J. NEELS, GUY P. NOHRA, DAVID J. PARKER, MARTIN P. SUTTER, and STAVROS G. VIZIRGIANAKIS, <br><br> Defendants, <br><br> and <br><br> BIOVENTUS INC., <br><br> Nominal Defendant. | 1:24-CV-00639 |

## ORDER

Upon consideration of the Parties' Joint Motion to Stay Deadline to Respond to Complaint, Doc. 22, and good cause appearing, it is **ORDERED** that the motion is **GRANTED** as follows:

1. The deadline for defendants to answer or otherwise respond to the complaint is held in abeyance pending resolution of defendants' Motion to Transfer. If the

motion to transfer is denied, the Court will set a short deadline for the filing of the answer or other responsive pleading.

2. The Court does not contemplate granting any motions to extend the time for briefing on the motion to transfer, given that it appears the questions it raises have been under discussion by the parties for some time.

**SO ORDERED**, this 13th day of November, 2024.

                                            CHIEF UNITED STATES DISTRICT JUDGE